FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2018 JUL 13 PM 3:38
CLERK_____
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR618-004 |
| | ) | |
| v. | ) | |
| | ) | |
| HOSEA G. SHERROD | ) | |

## CONSENT ORDER OF FORFEITURE

WHEREAS, on February 7, 2018, a federal grand jury sitting in the Southern District of Georgia returned a one-count Indictment against Defendant Hosea G. Sherrod (hereinafter the "Defendant") charging Retention of Stolen Government Property, in violation of 18 U.S.C. § 641;

WHEREAS, the Indictment sought forfeiture pursuant 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) of any property, real or personal, which constitutes or is derived from proceeds traceable to the charged offense;

WHEREAS, the Indictment further provided for the forfeiture of substitute assets pursuant to 21 U.S.C § 853(p) as incorporated by 28 U.S.C. § 2461(c) of any other property of Defendant up to the value of the property subject to forfeiture;

WHEREAS, on July 13, 2018, pursuant to a written plea agreement, Defendant pled guilty to Count One of the Indictment charging a violation of 18 U.S.C. § 641, Retention of Stolen Government Property;

WHEREAS, the United States now seeks an Order of Forfeiture reflecting a money judgment in the amount of $165,174.19 (hereinafter the "money judgment"),

which is the sum constituting the gross proceeds Defendant obtained as a result of the offense to which he was found guilty.

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. Pursuant 18 U.S.C. § 981(a)(1)(C), and 28 U.S.C. § 2461(c) and Rule 32.2(b)(1) of the Federal Rules of Criminal Procedure, Defendant shall forfeit to the United States the sum of $165,174.19, which is the sum of money equal to all gross proceeds traceable to Defendant's offense of conviction.

2. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Order of Forfeiture shall become final as to Defendant at the time of sentencing, be made part of the sentence, and be included in the judgment.

3. The United States may, at any time, move pursuant to Rule 32.2(e) of the Federal Rules of Criminal Procedure to amend this Order of Forfeiture to substitute property to satisfy the money judgment in whole or in part.

4. In accordance with the provisions of 21 U.S.C. § 853, as incorporated by 18 U.S.C. § 982(b)(1), and Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States is authorized to undertake whatever discovery is necessary to identify, locate, or dispose of property subject to forfeiture, or substitute assets for such property.

5. This Court shall retain jurisdiction for the purpose of enforcing this Order.

6. The Clerk of the Court shall forward four certified copies of this Order to Assistant U.S. Attorney Marcela C. Mateo, United States Attorney's Office for the Southern District of Georgia, P.O. Box 8970, Savannah, Georgia 31412.

Date: 07/13/2018

_____
LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

WE ASK FOR THIS:

_____
Marcela C. Mateo
Assistant United States Attorney
Georgia Bar No. 397722
P.O. Box 8970
Savannah, Georgia 31412
(912) 652-4422

Date: 7·13·18

_____
Hosea G. Sherrod
Defendant

Date: 7/13/18

_____
A.J. Balbo, Esq.
Attorney for Defendant

Date: 7/13/18